# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

YOEL GUERRA,

    *Petitioner*,

vs.

BRIAN WILLIAMS, *et al.*,

    *Respondents*.

2:11-cv-01842-JCM-RJJ

ORDER

Following upon petitioner's letter[1] (#20) reflecting that he has not received an unspecified response from respondents, and in order to facilitate resolution of the pending proceedings in both this court and the court of appeals,

IT IS ORDERED that the clerk of court shall send petitioner a copy of #19, with all attachments thereto, and shall expressly reflect in the docket entry for this order that a hard copy of #19 with its attachments was mailed to petitioner.

IT FURTHER IS ORDERED that petitioner shall have **thirty (30) days** from entry of this order to mail a reply to the response to the clerk for filing.

The clerk further shall forward a copy of this order to the court of appeals via a notice of electronic filing.

DATED: July 9, 2012.

                                                         JAMES C. MAHAN
                                                         United States District Judge

---

[1] Petitioner needs to file motions rather than letters if he seeks relief from the court or the clerk. The court and clerk generally do not respond to letter requests.