# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

YOEL GUERRA,

    *Petitioner*,

vs.

BRIAN  WILLIAMS, *et al.*,

    *Respondents.*

2:11-cv-01842-JCM-RJJ

ORDER

    For the reasons outlined in the January 16, 2013, order (#25) in this habeas matter, and following upon the order (#27) of the court of appeals for a limited remand,

    IT IS ORDERED that petitioner's motion (#17) to vacate order is GRANTED, that the prior order and final judgment (## 10 & 11) dismissing this action hereby are VACATED, and that the matter hereby is REOPENED.

    The court otherwise will withhold further action in the matter pending a final resolution of the appeal in No. 12-15762.  The clerk shall send a copy of this order to the court of appeals by a notice of electronic filing or other expedient means consistent with the clerk's current practice for such matters.

    DATED:  March 18, 2013.

                           _____
                           JAMES C. MAHAN
                           United States District Judge