# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

YOEL GUERRA,

    *Petitioner*,

vs.

BRIAN WILLIAMS, *et al.*,

    *Respondents.*

2:11-cv-01842-JCM-RJJ

ORDER

Following upon the order (#29) of the court of appeals dismissing the pending appeal for lack of jurisdiction,

IT IS ORDERED that petitioner shall have **thirty (30) days** from entry of this order to mail a response to respondents' prior motion (#7) to dismiss to the clerk of court for filing. The deadline established by this order overrides the shorter deadline reflected in the prior *Klingele* minute order. This action will be dismissed without further advance notice if petitioner does not timely respond to the motion to dismiss or if he fails to demonstrate in a response that the action should not be dismissed for the reasons stated by respondents.

IT FURTHER IS ORDERED that the clerk shall: (a) send petitioner a copy of ## 7-9, including a copy of the exhibits attached with #8; and (b) note the mailing of said copies in the docket entry for this order.

DATED: April 30, 2013.

_____
JAMES C. MAHAN
United States District Judge